No. 981.   SIMPSON v. MASSACHUSETTS.  May 2, 1938.
Petition for writ of certiorari to the Superior Court,
County of Middlesex, Massachusetts, and motion for leave
to proceed further *in forma pauperis* denied.  *Edward P.
Simpson*, pro se.  *Messrs. Paul A. Dever* and *James J.
Ronan* for respondent.

No. 985.   SPRUILL v. DORSEY.  May 2, 1938.  Petition
for writ of certiorari to the Court of Appeals for the District
of Columbia, and motion for leave to proceed further
*in forma pauperis,* denied.  *Georgia M. Spruill,* pro se.
No appearance for respondent.

No. 891.   PHILADELPHIA v. UNION TRACTION CO.  See
*ante,* p. 543.

No. 969.   BARTOLINI v. MASSACHUSETTS.  May 2, 1938.
Petition for writ of certiorari to the Superior Court,
County of Norfolk, Massachusetts, denied.  *Mr. George B.
Lourie* for petitioner.  *Messrs. Paul A. Dever* and *James J.
Ronan* for respondent.

No. 890.   INTERNATIONAL MERCANTILE MARINE CO. v.
LOWE, DEPUTY COMMISSIONER, U. S. EMPLOYEES' COMPENSATION
COMM'N, ET AL.  May 2, 1938.  Petition for
writ of certiorari to the Circuit Court of Appeals for the
Second Circuit denied.  *Mr. Ray Rood Allen* for petitioner.
No appearance for respondents.